JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINO CLARK,<br><br>                Plaintiff,<br><br>        v.<br><br>ACCESS FINANCE, INC.,<br><br>                Defendant. | Case No. 5:20-cv-01533-GW-KK<br><br>**ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Tino Clark ("Plaintiff"), by and through his attorneys, having filed with this Court his Notice of Voluntary Dismissal with prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: October 20, 2020
_____

_____
Judge, U.S. District Court

1